UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-CV-23998-UU

CHRISTI HOUSE,

        Plaintiff,

vs.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

        Defendant.    /

### ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the foregoing Stipulation it is:

**ORDERED AND ADJUDGED** that this cause is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____ 2017.

_____
U.S. DISTRICT COURT JUDGE

cc: All Counsel of Record